The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Stapleton and Rich, JJ., concurred; Thomas, J., dissented upon the ground that there was no jurisdiction on the part of the surrogate to grant the ancillary letters, and also upon the ground that the case does not come under the Federal Employers' Liability Act.*

Michael Zwarich, an Infant, by Parama Zwarich, His Guardian ad Litem, Appellant, v. Brooklyn Cooperage Company, Respondent — Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Thomas, J., dissented.

In the Matter of the Judicial Settlement of the Account of Albert I. Sire, as Administrator, etc., of David Kutner, Deceased. In the Matter of the Judicial Settlement of the Account of Albert I. Sire, as Executor, etc., of David Kutner, Deceased.— Motions granted and cases set down for argument at the foot of the present calendar. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of the Petition of and by Peter J. Norton for a Visitation of and by a Justice of the Supreme Court of the Springfield, L. I., Cemetery Society.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ. Order to be settled before the presiding justice.

Charles D. Allen, Respondent, v. Whitney-Steen Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Anna Catalano, Respondent, v. William A. Thomson, Appellant, and Others, Defendants.— Judgment modified by reduction of the debt from $2,000 to $1,500, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Jennie A. Dayton, Respondent, v. Walter E. Bailey, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Charles W. Duryea, Respondent, v. Pasquale Monaco and Francesca Monaco, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Oscar Fried, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred.

Oscar Fried, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent. (Appeal No. 2.) — Order affirmed, with

* See 35 U. S. Stat. at Large, 65, chap. 149, as amd. by 36 id. 291, chap. 143.— [REP.